B6A (Official Form 6A) (12/07)

IN RE Cole, Twayne K. Sr. & Cole, Sherri L.   Case No. 10-02358
         Debtor(s)                                        (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 4238 Kamane Road<br>Anahola, HI 96703 | | J | 80,000.00 | 52,400.00 |
| 5172 Kome Street<br>Kapaa, HI 96746 | | J | 333,000.00 | 355,000.00 |
| | | TOTAL | 413,000.00 | |

(Report also on Summary of Schedules)

IN RE Cole, Twayne K. Sr. & Cole, Sherri L.                                Case No. **10-02358**
                    Debtor(s)                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | ASB Checkings Acct<br>ASB Savings Acct<br>KCFCU Checkings Acct | J<br>J<br>H | 3,241.99<br>847.80<br>143.16 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | 4 tv's, beds, dressers, computer | J | 1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing and shoes | J | 300.00 |
| 7. Furs and jewelry. | | Jewelry | W | 800.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Hawaii Carpenters 401(K) | | 249,908.39 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Chevy Tracker | J | 1,450.00 |
| | | 2003 Nissan Frontier Truck | H | 6,675.00 |
| | | 2007 Mazda3 | J | 11,715.00 |
| 26. Boats, motors, and accessories. | | 16 Foot Boat | J | 100.00 |
| | | 10 Foot Boat | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SLC
TKL

IN RE Cole, Twayne K. Sr. & Cole, Sherri L.     Case No. **10-02358**
                    Debtor(s)                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 276,681.34 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

__0__ continuation sheets attached

IN RE Cole, Twayne K. Sr. & Cole, Sherri L.  Case No. **10-02358**
     Debtor(s)                                                  (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE A - REAL PROPERTY** | | | |
| 4238 Kamane Road | 11 USC § 522(d)(5) | 84.04 | 90,000.00 |
| Anahola, HI 96703 | 11 USC § 522(d)(5) | 14,773.17 | |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| ASB Checkings Acct | 11 USC § 522(d)(5) | 3,241.99 | 3,241.99 |
| ASB Savings Acct | 11 USC § 522(d)(5) | 847.80 | 847.80 |
| KCFCU Checkings Acct | 11 USC § 522(d)(5) | 143.16 | 143.16 |
| 4 tv's, beds, dressers, computer | 11 USC § 522(d)(3) | 1,500.00 | 1,500.00 |
| Clothing and shoes | 11 USC § 522(d)(3) | 300.00 | 300.00 |
| Jewelry | 11 USC § 522(d)(4) | 800.00 | 800.00 |
| Hawaii Carpenters 401(K) | 11 USC § 522(d)(12) | 249,908.39 | 249,908.39 |
| 1999 Chevy Tracker | 11 USC § 522(d)(5) | 1,450.00 | 1,450.00 |
| 2003 Nissan Frontier Truck | 11 USC § 522(d)(2) | 5,450.00 | 6,675.00 |
|  | 11 USC § 522(d)(5) | 1,225.00 | |
| 2007 Mazda3 | 11 USC § 522(d)(2) | 1,450.00 | 11,715.00 |
|  | 11 USC § 522(d)(5) | 2,084.84 | |
| 16 Foot Boat | 11 USC § 522(d)(5) | 100.00 | 100.00 |
| 10 Foot Boat | | | |

* *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

SLC
TKC

B6D (Official Form 6D) (12/07)

IN RE Cole, Twayne K. Sr. & Cole, Sherri L.      Case No. **10-02358**
       Debtor(s)                                                                 (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **140834820** <br> **BAC Home Loans Servicing, LP** <br> **P.O. Box 515504** <br> **Los Angeles, CA 90051-6804** | | J | 2nd Mtg 2005 <br> 5172 Kome Street <br> Kapaa, HI 96746 <br><br> VALUE $ 333,000.00 | | | | 75,000.00 | |
| ACCOUNT NO. <br> **Routh Crabtree Olsen** <br> **900 Fort Street Mall, Suite 305** <br> **Honolulu, HI 96813** | | | Assignee or other notification for: <br> BAC Home Loans Servicing, LP <br><br> VALUE $ | | | | | |
| ACCOUNT NO. **112317737** <br> **BAC Home Loans Servicing, LP** <br> **P.O. Box 515504** <br> **Los Angeles, CA 90051-6804** | | J | 1st Mtg 2005 <br> 5172 Kome Street <br> Kapaa, HI 96746 <br><br> VALUE $ 333,000.00 | | | | 280,000.00 | 22,000.00 |
| ACCOUNT NO. **42594919** <br> **Mazda American Credit** <br> **P.O. Box 54200** <br> **Omaha, NE 68154-8000** | | H | Auto Loan 2007 <br> 2007 Mazda3 <br><br> VALUE $ 11,715.00 | | | | 8,180.16 | |

____1____ continuation sheets attached

Subtotal (Total of this page) $ **363,180.16** | $ **22,000.00**

Total (Use only on last page) $ | $

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0109099250<br>Territorial Savings Bank<br>4393 Kukui Grove Street<br>Lihue, HI 96766 | | J | Mtg on 4238 Kamane Road, Anahola HI 96703 1994<br><br>VALUE $ 80,000.00 | | | | 52,400.00 | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **52,400.00** $

Total (Use only on last page) $ **415,580.16** $ **22,000.00**

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

IN RE Cole, Twayne K. Sr. & Cole, Sherri L.          Case No. **10-02358**
      Debtor(s)                                                                     (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCC
TKC

B6F (Official Form 6F) (12/07)

IN RE **Cole, Twayne K. Sr. & Cole, Sherri L.**     Case No. **10-02358**
                  Debtor(s)                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3725400390022004** <br> **American Express** <br> 200 Vesey Street, 44th Floor <br> New York, NY 10285 | | J | Credit Card 1999 | | | | 32,300.00 |
| ACCOUNT NO. <br> **NCO Financial Systems** <br> P.O. Box 15773 <br> Wilmington, DE 19850-5773 | | | Assignee or other notification for: <br> American Express | | | | |
| ACCOUNT NO. **4888-9000-1134-0957** <br> **Bank Of America** <br> P.O. Box 301200 <br> Los Angeles, CA 90030-1200 | | H | Credit Card 2003 | | | | 19,000.00 |
| ACCOUNT NO. **5179-5212-0038-2983** <br> **Bankcard Center** <br> **First Hawaiian Bank** <br> P.O. Box 1959 <br> Honolulu, HI 96805 | | W | Credit Card 2007 | | | | 2,100.00 |

_**4**_ continuation sheets attached

Subtotal (Total of this page) $ **53,400.00**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

U.S. Bankruptcy Court - Hawaii #10-02358 Dkt # 12-2 Filed 09/08/10 Page 9 of 18

SLC
TKC

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. H134476217<br>Hawaii Pacific Health<br>P.O. Box 30660<br>Honolulu, HI 96820-0660 | | W | Medical Bill March 2010 | | | | 70.00 |
| ACCOUNT NO. H133155135<br>Hawaii Pacific Health<br>P.O. Box 30660<br>Honolulu, HI 96820-0660 | | W | Medical Bill January 2010 | | | | 63.00 |
| ACCOUNT NO. H133188649<br>Hawaii Pacific Health<br>P.O. Box 30660<br>Honolulu, HI 96820-0660 | | W | Medical Bill January 2010 | | | | 63.00 |
| ACCOUNT NO. P600068359<br>Hawaii Pacific Health<br>P.O. Box 30670<br>Honolulu, HI 96820-0670 | | J | Medical Bill 2008 | | | | 21.50 |
| ACCOUNT NO. P60016491<br>Hawaii Pacific Health<br>P.O. Box 30670<br>Honolulu, HI 96820-0670 | | H | Medical Bill 2008 | | | | 11.00 |
| ACCOUNT NO. H136608536<br>Hawaii Pacific Health<br>P.O. Box 30660<br>Honolulu, HI 96820-0660 | | W | Medical Bill May 2010 | | | | 53.00 |
| ACCOUNT NO. H136511144<br>Hawaii Pacific Health<br>P.O. Box 30660<br>Honolulu, HI 96820-0660 | | W | Medical Bill May 2010. | | | | 121.00 |

Sheet no. __1__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 402.50

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE **Cole, Twayne K. Sr. & Cole, Sherri L.**  Case No. **10-02358**
Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. H136115219<br>Hawaii Pacific Health<br>P.O. Box 30660<br>Honolulu, HI 96820-0660 | | W | Medical Bill April 2010 | | | | 50.00 |
| ACCOUNT NO. 5452<br>HSBC Bank<br>GMAC<br>PO Box 81622<br>Salinas, CA 93912 | | J | Credit Card 2000 | | | | 13,000.00 |
| ACCOUNT NO.<br>United Recovery Systems, Lp<br>P.O. Box 722929<br>Houston, TX 77272-2929 | | | Assignee or other notification for:<br>HSBC Bank | | | | |
| ACCOUNT NO. 1249435 LB2<br>Kauai Medical Clinic<br>Billing Dept.<br>3-3420B Kuhio Highway<br>Lihue, HI 96766 | | J | Medical Bill 2008 | | | | 485.00 |
| ACCOUNT NO.<br>Pacific Medical Collections Inc<br>33 South King St #505<br>Honolulu, HI 96813 | | | Assignee or other notification for:<br>Kauai Medical Clinic | | | | |
| ACCOUNT NO. 000203<br>Keith Y. Uyehara DDS<br>Cathy Tsunehiro DDS Inc<br>3135 Akahi Street Suite D<br>Lihue, HI 96766 | | H | Dental Bill 2008 | | | | 460.00 |
| ACCOUNT NO. 2099593<br>Nco Financial Systems Inc.<br>1003 Bishop Street Suite 480<br>Honolulu, HI 96813-6413 | | H | Medical Bill 2008 | | | | 102.11 |

Sheet no. **2** of **4** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **14,097.11**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Cole, Twayne K. Sr. & Cole, Sherri L.  Case No. 10-02358
  Debtor(s)  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Clinical Labs Of Hawaii, LLP<br>33 Lanihuli St<br>Hilo, HI 96720 | | | Assignee or other notification for:<br>Nco Financial Systems Inc. | | | | |
| ACCOUNT NO. 1152254 LB2<br>Pacific Medical Collections Inc<br>33 South King St #505<br>Honolulu, HI 96813 | | W | Medical Bill 2009 | | | | 40.66 |
| ACCOUNT NO. 1151816 LB2<br>Pacific Medical Collections Inc<br>33 South King St #505<br>Honolulu, HI 96813 | | H | Medical Bill 2009 | | | | 7.43 |
| ACCOUNT NO. 1166132 LB2<br>Pacific Medical Collections Inc<br>33 South King St #505<br>Honolulu, HI 96813 | | J | Medical Bill 2009 | | | | 7.10 |
| ACCOUNT NO. 1166013 LB2<br>Pacific Medical Collections Inc<br>33 South King St #505<br>Honolulu, HI 96813 | | W | Medical Bill 2009 | | | | 25.72 |
| ACCOUNT NO. 1166903 LB2<br>Pacific Medical Collections Inc<br>33 South King St #505<br>Honolulu, HI 96813 | | H | Medical Bill 2009 | | | | 10.78 |
| ACCOUNT NO. 43678<br>Samuel Mahelona Memorial Hospital<br>4800 Kawaihau Road<br>Kapaa, HI 96746 | | H | Medical Bill 2008 | | | | 40.05 |

Sheet no. 3 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 131.74

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SLC
TKC

IN RE Cole, Twayne K. Sr. & Cole, Sherri L.    Case No. 10-02358
         Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 47985<br>State Of Hawaii<br>Dept. Of Attorney General<br>425 Queen Street, Room 212<br>Honolulu, HI 96813 | | W | Medical Bill 2009 | | | | 41.32 |
| ACCOUNT NO.<br>Samuel Mahelona Memorial Hospital<br>4800 Kawaihau Road<br>Kapaa, HI 96746 | | | Assignee or other notification for:<br>State Of Hawaii | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **4** of **4** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 41.32

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 68,072.67

SCC
TKC

B6G (Official Form 6G) (12/07)

IN RE Cole, Twayne K. Sr. & Cole, Sherri L.
_____
Debtor(s)

Case No. **10-02358**
_____
(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|   |   |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SLC
TKC

B6H (Official Form 6H) (12/07)

IN RE Cole, Twayne K. Sr. & Cole, Sherri L.    Case No. 10-02358
                     Debtor(s)                              (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

SCC
TKC

B6I (Official Form 6I) (12/07)

IN RE **Cole, Twayne K. Sr. & Cole, Sherri L.**                                Case No. **10-02358**
                                Debtor(s)                                                                  (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE ||  |
|---|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Grand-Daughter** | | AGE(S):<br>**19**<br>**2** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Carpenter** | |
| Name of Employer | **Shioi Construction Dba Creative Partition Sy** | |
| How long employed | **20 years** | |
| Address of Employer | **98-724 Kuahao Place**<br>**Pearl City, HI 96782** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)                        DEBTOR                SPOUSE

1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly)   $ _____6,866.26_____ $ _____
2. Estimated monthly overtime                                                                                                 $ _____ $ _____
3. **SUBTOTAL**                                                                                                                      $ _____6,866.26_____ $ _____0.00_____
4. **LESS PAYROLL DEDUCTIONS**
   a. Payroll taxes and Social Security                                                                                   $ _____1,865.59_____ $ _____
   b. Insurance                                                                                                                       $ _____ $ _____
   c. Union dues                                                                                                                   $ _____ $ _____
   d. Other (specify)  **Working Dues**                                                                            $ _____234.52_____ $ _____
                              **Union Vac**                                                                                  $ _____836.38_____ $ _____
5. **SUBTOTAL OF PAYROLL DEDUCTIONS**                                                                    $ _____2,936.49_____ $ _____0.00_____
6. **TOTAL NET MONTHLY TAKE HOME PAY**                                                                   $ _____3,929.77_____ $ _____0.00_____

7. Regular income from operation of business or profession or farm (attach detailed statement) $ _____ $ _____
8. Income from real property                                                                                                 $ _____ $ _____
9. Interest and dividends                                                                                                       $ _____ $ _____
10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above   $ _____ $ _____
11. Social Security or other government assistance
    (Specify) _____                                                     $ _____ $ _____
                 _____                                                     $ _____ $ _____
12. Pension or retirement income                                                                                         $ _____ $ _____
13. Other monthly income
    (Specify) **Unemployment Compensation**                                                              $ _____ $ _____1,856.00_____
                 _____                                                     $ _____ $ _____
                 _____                                                     $ _____ $ _____

14. **SUBTOTAL OF LINES 7 THROUGH 13**                                                                    $ _____ $ _____1,856.00_____
15. **AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14)            $ _____3,929.77_____ $ _____1,856.00_____

16. **COMBINED AVERAGE MONTHLY INCOME:** (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)           $ _____5,785.77_____

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

SLC
TKL

B6J (Official Form 6J) (12/07)

IN RE **Cole, Twayne K. Sr. & Cole, Sherri L.**                                    Case No. **10-02358**
                        Debtor(s)                                                                      (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,459.00 |
|     a. Are real estate taxes included?  Yes ✓  No ___ | |
|     b. Is property insurance included?  Yes ✓  No ___ | |
| 2. Utilities: | |
|     a. Electricity and heating fuel | $ 525.00 |
|     b. Water and sewer | $ 50.00 |
|     c. Telephone | $ |
|     d. Other  **Cable TV** | $ 180.00 |
|              **Cell Phone** | $ 170.00 |
| 3. Home maintenance (repairs and upkeep) | $ 100.00 |
| 4. Food | $ 1,000.00 |
| 5. Clothing | $ 100.00 |
| 6. Laundry and dry cleaning | $ 50.00 |
| 7. Medical and dental expenses | $ 148.00 |
| 8. Transportation (not including car payments) | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ |
|     b. Life | $ |
|     c. Health | $ |
|     d. Auto | $ 147.75 |
|     e. Other ___ | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) ___ | $ |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ 253.08 |
|     b. Other  **Student Loan** | $ 170.00 |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other  **Baby Expenses** | $ 120.00 |
| | $ |
| | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)     $ **5,772.83**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**
    a. Average monthly income from Line 15 of Schedule I     $ 5,785.77
    b. Average monthly expenses from Line 18 above     $ 5,772.83
    c. Monthly net income (a. minus b.)     $ 12.94

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE Cole, Twayne K. Sr. & Cole, Sherri L.                                        Case No. **10-02358**
                           Debtor(s)                                                          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**19**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 11, 2010**              Signature: **/s/ Twayne K. Cole, Sr.**
                                        **Twayne K. Cole, Sr.**                                                Debtor

Date: **August 11, 2010**              Signature: **/s/ Sherri L. Cole**
                                        **Sherri L. Cole**                                           (Joint Debtor, if any)
                                                                                   [If joint case, both spouses must sign.]

---

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                              _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____                              _____
Signature of Bankruptcy Petition Preparer                                               Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.


Date: _____     Signature: _____

                                              _____
                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only